# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAG NO. 19-00282 |
| | : | |
| SOPHIA KIM, | : | 18 U.S.C. § 1344(2) (Bank Fraud) |
| also known as "Sophia Kim Sebold" and | : | |
| "Sookyeong Kim Sebold," | : | FORFEITURE ALLEGATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 982(a)(2); 18 U.S.C. |
| | : | § 981(a)(1)(C), and 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. Between on or about January 9, 2018 and September 21, 2018, within the District of Columbia and elsewhere, the defendant SOPHIA KIM, also known as "Sophia Kim Sebold" and "Sookyeong Kim Sebold," knowingly executed and attempted to execute a scheme and artifice to defraud, and to obtain monies, funds, credits, assets, securities, and other property owned by, and under the custody and control of BB&T Bank and SunTrust Bank, which were financial institutions with deposits insured by the Federal Deposit Insurance Corporation, to wit: funds from bank accounts held in the name of the Universal Ballet Foundation, doing business as the Kirov Academy of Ballet, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344(2))**

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds

traceable to this offense, pursuant to 18 U.S.C. §§ 982(a)(2) and 981(a)(1)(C). The United States will also seek a forfeiture money judgment against the Defendant in the amount of $1,502,016.21.

    2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above,

    (**Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 982(a)(2) and 981(a)(1)(C), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

*Channing D. Phillips/jph*

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

DATED: March 12, 2021