IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

V.                                                              Criminal Case No. 1:21 CR 00219

SOPHIA KIM
BOP Inmate No. 81057-083

    Defendant

LEAVE TO FILE GRANTED
*[signature]* 11/2/2023

---

MOTION FOR SENTENCE REDUCTION UNDER 18 USC § 3582 (C)(1)(A)
(COMPASSIONATE RELEASE)

---

COMES NOW, the Defendant, Sophia Kim, pro se and unskilled in the field of law, and respectfully moves this Honorable Court to move that the Bureau of Prisons ("BOP") afford the Defendant a 'time served' Reduction In Sentence to allow her to be Caregiver to her invalid parents for the remaining 4 months + 9 days of her Supervised Release, preceding the end of her sentence. In support thereof, Defendant states as follows:

1. On September 15, 2021, Defendant was sentenced by this Court to a term of forty two (42) months imprisonment followed by a term of forty eight (48) months of supervised release.

2. **The Second Chance Act** allows eligible inmates to be released to a Halfway House for a maximum of 12 months, and part of that time can be spent in Home Confinement. Ms. Kim is a lower-needs inmate with prior experience as a Medical Interpreter and Caregiver. Her parents only speak Korean and cannot drive. With no one else in the family able to speak Korean and provide the skilled care both her parents require, the

RECEIVED
Mail Room

OCT 30 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Defendant volunteers her energy and attention to the service and healthcare of her parents. Her father has been accepted into Hospice but Hospice does not have the manpower to provide for him 24 hours per day, nor does the family have the resources to be able to afford to pay for continuous homecare. Since sufficient care cannot be offered to her parents, Ms. Kim is the best option for a caretaker as her father is 91 years of age and her mother, who is 88 years old, has dementia.

3. The criteria that the Bureau of Prisons is to consider in assessing an individual applicants' eligibility for a Reduction In Sentence are: verification made by the Sentencing Court concerning the constant care that warrants an inmate to care for her mother and father in the absence of all other available personal assistance. Additional medical reports and assessments of Mr. Joong Kim accompany this motion, verifying his medical limitations and need for care.

4. Title 18, United States Code, section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except" in very limited circumstances", and Ms. Kim is not asking the court to modify her sentence. She is asking the Court to simply allow Ms. Kim to care for her parents by instituting Compassionate Release for her.

5. Ms. Kim release residence is at 4704 Backlick Road, Annandale, Virginia 22003. Compassionate Release will allow her to take care of her parents.

6. Mr. Kim is 63 years old. She is young enough to be reformed and rejoin law-abiding society by helping her parents live their final days with a decent quality of life.

7. A recommendation that Ms. Kim's remaining home detention be reduced for her remaining few months to assist her parents. Ms. Kim expressed exceptional remorse and

contrition regarding her commission of her offenses, and she cooperated fully with the Prosecution.

8. The Attorney General of the United States and the Inspector General of the BOP have noted in reports and public statements that the BOP is under-utilizing various programs available, such as Compassionate Release.

WHEREFORE NOW, above premises considered, the defendant respectfully requests that this Honorable Court GRANT her motion and all relief requested herein, issuing a Reduction In Sentence order to the BOP that Defendant be granted her remaining time of 4 months of Compassionate Release, reflecting the same and granting all other relief required by Law, Liberty, and Equity.

Done this 26th Day of October 2023

Respectfully Submitted,

x _S. Kim_

Sophia Kim, Register # 81057-083
4704 Backlick Road
Annandale, VA 22003

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this pleading upon the Clerk of the Court, VIA US Mail, properly addressed, First-Class Postage prepaid. The accused further requests that a copy of this pleading be forwarded to all parties, VIA the CM/ECF System, as she is indigent, detained, and has no other means.

Done this 26th Day of October 2023

Respectfully Submitted,

x *S. Kim*

Sophia Kim, Register # 81057-083
4704 Backlick Road
Annandale, VA 22003

## RN Initial Assessment: 09/19/2023
Kim, Joongseok ( 37 )
Date of Birth: 12/04/1932

Evergreen Health Care Management LLC
4115 Annandale Road, Suite 208
Annandale, VA 22003
Phone: (571) 505-1119
Fax: (888) 588-3957

### Time In / Time Out
Time In: 14:00     Time Out: 15:00     Visit Date: 09/19/2023

### Vital Signs
BP:                Heart Rate:        Respirations:     O2 Sat:
During 116 / 68    During 64          During 22         During        95 Room Air via

Temperature: 97.9 Taken: Temporal
Comments:

### Height and Weight
Height (feet & inches) 5'4"
Mid-arm Circumference (MAC) in cm

Is the patient able to be weighed? ✓ Yes ☐ No
Weight (lbs) 162 LBS
Body Mass Index (BMI)

Reported Weight Changes Gain Pounds in the past Day(s)

### Diagnosis Information at Admission (ICD-10)
Terminal Diagnosis: I429 - Cardiomyopathy, unspecified

Is this diagnosis related to terminal diagnosis?  ☐

Comorbidity 1: I2510 - Atherosclerotic heart disease of native coronary artery without angina pectoris   ☐
Comorbidity 2: U071 - COVID-19 acute respiratory disease   ☐
Comorbidity 3: I7120 - Thoracic aortic aneurysm, without rupture, unspecified   ☐
Comorbidity 4: C20 - Malignant neoplasm of rectum   ☐
Comorbidity 5: E7800 - Pure hypercholesterolemia, unspecified   ☐
Comorbidity 6: I341 - Nonrheumatic mitral (valve) prolapse   ☐
Comorbidity 7: G4733 - Obstructive sleep apnea (adult) (pediatric)   ☐
Comorbidity 8: I447 - Left bundle-branch block, unspecified   ☐
Comorbidity 9: C20 - Malignant neoplasm of rectum   ☐
Comorbidity 10: I4891 - Unspecified atrial fibrillation   ☐
Comorbidity 11: Z8611 - Personal history of tuberculosis   ☐
Comorbidity 12: I498 - Other specified cardiac arrhythmias   ☐
Comorbidity 13: M810 - Age-related osteoporosis without current pathological fracture   ☐
Comorbidity 14: N401 - Benign prostatic hyperplasia with lower urinary tract symptoms   ☐
Comorbidity 15: I10 - Essential (primary) hypertension   ☐
Comorbidity 16:   ☐
Comorbidity 17:   ☐

### Local Coverage Determination (LCD) Guidelines
Decline
☐ Non-disease specific decline in clinical status guidelines

Other Disease Guidelines
✓ Cancer Diagnoses
☐ Amyotrophic Lateral Sclerosis (ALS)
☐ Dementia due to Alzheimer's Disease & Related Disorders
✓ Heart Disease
☐ HIV Disease
☐ Liver Disease
✓ Pulmonary Disease
☐ Acute Renal Failure
☐ Chronic Renal Failure
☐ Stroke
☐ Coma

### Additional Comments

# RN Initial Assessment : 09/19/2023
Kim, Joongseok (37)

## Plan of Care - Problems

**Name:** chest pain
**Description:** chest pain
**Goal:** Chest can be managed with medication and rest.
**Problem:** Pain
**Progress:** 0%

**Identified:** 09/19/2023
**Outcome Timeframe:** By time of death/discharge

**Resolved:**
**Reason:**

**Intervention 1:** Administer pain medication(s) as ordered
**Intervention 2:** Assess and monitor patient's pain level and related vital signs
**Intervention 3:** Educate and/or implement nonpharmacological measures to reduce pain (e.g. ice, heat, massage, relaxation, meditation)
**Intervention 4:** Educate patient and/or caregiver(s) on pain medication regimen
**Intervention 5:** Educate patient and/or caregiver(s) on pain reduction and prevention techniques
**Intervention 6:** Evaluate effectiveness of pain medication(s)
**Intervention 7:** Review risk and benefits of pain medication(s) offered for symptom management

**RN Initial Assessment** : 09/19/2023
Kim, Joongseok ( 37 )

HIS Measure

Treatment Preferences: NQF #1634 and NQF #1637
(J0900A) Was the patient screened for pain?
☐ 0. No > Skip to J0905, Pain Active Problem
✓ 1. Yes
Please explain:
Patient said intermittent chest pain.
(J0900B) Date of first screening for pain: 09/19/2023
(J0900C) The patient's pain severity was: 1. Mild
(J0900D) Type of Standardized pain tool used: 2. Verbal descriptor
(J0905) Is pain an active problem for the patient?
☐ 0. No > Skip to J2030, Screening for Shortness of Breath
✓ 1. Yes
Please explain:
the intensifies with activity and anxiety.
(J0910A) Was a comprehensive pain assessment done?
☐ 0. No > Skip to J2030, Screening for Shortness of Breath
✓ 1. Yes
Please explain:
also occasional arthritic pain
(J0910B) Date of comprehensive pain assessment: 09/19/2023
(J0910C) Comprehensive Pain Assessment Included (check all that apply):
✓ 1. Location   ✓ 5. Frequency
✓ 2. Severity   ✓ 6. What relieves/worsens pain
✓ 3. Character  ✓ 7. Effect on function of quality of life
✓ 4. Duration   ☐ 9. None of the above

(J2030A) Was the patient screened for shortness of breath?
☐ 0. No > Skip to N0500, Scheduled Opioid
✓ 1. Yes
Please explain:
Patient is shortness of breath as increased chest pain and with mild exertion.
(J2030B) Date of first screening for shortness of breath: 09/19/2023
(J2030C) Did the screening indicate the patient had shortness of breath?
☐ Response 0, No: Select Response 0 if the screening indicated that the patient did not have shortness of breath. Skip to Item N0500, Scheduled Opioid.
✓ Response 1, Yes: Select Response 1 if the screening indicated that the patient had shortness of breath.
(J2040A) Was treatment for shortness of breath initiated?
☐ 0. No > Skip to N0500, Scheduled Opioid
☐ 1. No, patient declined treatment > Skip to N0500, Scheduled Opioid
✓ 2. Yes
Please explain:
patient denies any treatment at this time due to very mild and only time he has SOB (Continued)
(J2040B) Date treatment for shortness of breath initiated: 09/19/2023
(J2040C) Type(s) of treatment for shortness of breath initiated (check all that apply):
☐ 1. Opioids
☐ 2. Other medication
✓ 3. Oxygen
☐ 4. Non-medication

**Additional Comments**
Currently the patient does not have any oxygen but o2 sat in room air is 95%but said that very easily get SOB with mild activities and with moderate chest pain and o2 sat dropping. Comfort pak and oxygen is ordered for the patient and eucated.

**RN Initial Assessment** : 09/19/2023

Kim, Joongseok ( 37 )

Date of Birth: 12/04/1932

Evergreen Health Care Management LLC
4115 Annandale Road , Suite 208
Annandale , VA 22003
Phone: (571) 505-1119
Fax: (888) 588-3957

**ADLs (Activities of Daily Life)**

| Marital Status | Patient Lives | Functional Limitations | Sensory Limitations |
|---|---|---|---|
| ☐ Single | ☐ Alone | ☑ Ambulation | ☐ Uses Hearing Aid (L) |
| ☑ Married | ☑ With spouse or significant other | ☑ Bathing | ☐ Uses Hearing Aid (R) |
| ☐ Divorced | ☐ With other family member | ☑ Continence | ☐ Deaf |
| ☐ Separated | ☐ With friend | ☑ Dressing | ☐ Uses Corrective Lenses |
| ☐ Widow / Widower | ☐ With Skilled staff | ☑ Feeding | ☐ Cataracts |
| ☐ Significant Other | ☐ With paid help (other than home care agency staff) | ☑ Transfer | ☐ Glaucoma |

**Karnofsky Performance Status Scale**

- ☐ 100% - Normal no complaints; no evidence of disease
- ☐ 90% - Able to carry on normal activity; minor signs or symptoms of disease
- ☐ 80% - Normal activity with efforts; some signs or symptoms of disease
- ☐ 70% - Cares for self; unable to carry on normal activity or to do active work
- ☐ 60% - Requires occasional assistance, but is able to care for most of his/her personal needs
- ☐ 50% - Requires considerable assistance and frequent medical care
- ☐ 40% - Disabled; requires special care and assistance
- ☑ 30% - Severely disabled; hospital admission is indicated although death not imminent
- ☐ 20% - Very sick; hospital admission necessary; active supportive treatment necessary
- ☐ 10% - Morbibund; fatal processes progressing rapidly
- ☐ 0% - Dead

**Functional Assessment Staging (FAST)** (only required for dementia patients)

- ☐ 1. No difficulty either subjectively or objectively.
- ☐ 2. Complains of forgetting location of objects. Subjective work difficulties.
- ☐ 3. Decreased job functioning evident to co-workers. Difficulty in traveling to new locations. Decreased organizational capacity.
- ☐ 4. Decreased ability to perform complex task (e.g. planning dinner for guests, handling personal finances, such as forgetting to pay bills, difficulty marketing, etc.)
- ☐ 5. Requires assistance in choosing proper clothing to wear for the day, season or occasion (e.g. patient may wear the same clothing repeatedly, unless supervised)
- ☐ 6A. Improperly putting on clothes without assistance or cueing (e.g. may put street clothes on over night clothes, or put shoes on wrong feet, or have difficulty buttoning clothing.) Occasionally or more frequently over the past weeks.
- ☐ 6B. Unable to bathe properly (e.g. difficulty adjusting bath-water temperature). Occasionally or more frequently over the past weeks.
- ☐ 6C. Inability to handle mechanics of toileting (e.g. forget to flush the toilet, does not wipe properly or properly dispose of toilet tissue). Occasionally or more frequently over the past weeks.
- ☐ 6D. Urinary incontinence.* Occasionally or more frequently over the past weeks.
- ☐ 6E. Fecal incontinence.* Occasionally or more frequently over the past weeks.
- ☐ 7A. Ability to speak limited to approximately a half a dozen intelligible different words or fewer, in the course of an average day or in the course of an intensive interview.
- ☐ 7B. Speech ability is limited to the use of a single intelligible word in a average day or in the course of an intensive interview (the person may repeat the word over and over.)
- ☐ 7C. Ambulatory ability is lost (cannot walk without personal assistance)
- ☐ 7D. Cannot sit up without assistance (e.g. the individual will fall over if there are not lateral rest arms on the chair.)
- ☐ 7E. Loss of ability to smile.
- ☐ 7F. Loss of ability to hold up head independently.

*Scored primarily on the basis of information obtained from knowledgeable informant and/or caregiver.

**RN Initial Assessment** : 09/19/2023
Kim, Joongseok ( 37 )
Date of Birth: 12/04/1932

**Evergreen Health Care Management LLC**
4115 Annandale Road, Suite 208
Annandale, VA 22003
Phone: (571) 505-1119
Fax: (888) 588-3957

### Respiratory / Pulmonary

**When is the patient dyspneic or noticeably Short of Breath?**
- ☐ At rest (during day or night)
- ☑ With minimal exertion (e.g. while eating, talking, or performing other ADLs) or with agitation
- ☐ With moderate exertion (e.g. while dressing, using commode or bedpan, walking distances less than 20 feet)
- ☐ When walking more than 20 feet; climbing stairs
- ☐ Never

**Does the patient exhibit any of the following?**
- ☐ 1. Disabling dyspnea at rest
- ☐ 2. Poorly or unresponsive to bronchodilators
- ☐ 3a. Hypoxemia at rest on room air as evidenced by pO2 <= 55 mmHg
- ☐ 3b. Hypoxemia as evidenced by oxygen saturation <= 88%, determined by arterial blood gases or oxygen saturation monitors
- ☐ 4. Hypercapnia as evidenced by pCO2 >= 50 mmHg
- ☐ 5. Right Heart Failure (RHF) secondary to pulmonary disease

**Does the patient exhibit an intractable cough?**
☐ Yes ☑ No

**Lung Sounds:**
- ☐ CTA
- ☐ Rales
- ☐ Rhonchi
- ☐ Wheezes
- ☐ Crackles
- ☑ Diminished
  bilateral lung field
- ☐ Absent
- ☐ Stridor

**Cough:** Nonproductive

**Sputum:**
Enter amount:
Describe color, consistency, and odor:

**Oxygen:**
O2 At:
LPM via:
O2 Sat:
95 Room Air

☐ Nebulizer:

### Cardiovascular

**New York Heart Association (NYHA) Functional Classification** (only required for patients with heart disease)
- ☐ Cardiac disease, but no symptoms and no limitation in ordinary physical activity
- ☐ Mild symptoms (mild shortness of breath and / or angina) and slight limitation during ordinary activity
- ☑ Marked limitation in activity due to symptoms, even during less-than-ordinary activity (e.g. walking short distances). Comfortable only at rest.
- ☐ Severe limitations. Experiences symptoms even while at rest. Mostly bedbound patients.
- ☐ WNL (Within Normal Limits)

☑ Chest Pain: intermittently

☑ Dizziness: upon standing up
☑ Edema:
bilateral lower extremity
☐ Dependent Edema:
☐ Pitting ☐ Nonpitting
☐ Neck Vein Distention:

**Heart Sounds:**
- ☐ Regular
- ☐ Murmur
- ☐ Gallop
- ☐ Click
- ☑ Irregular
- ☑ Peripheral Pulses: weak

Pacemaker:
 (Insertion date)
**Additional Comments**

☑ Cap Refill:
☑ <3 sec ☐ >3 sec
AICD:
 (Insertion date)

10/10/23, 10:35 AM

Print Preview

# RN Initial Assessment : 09/19/2023

Kim, Joongseok (37)
Date of Birth: 12/04/1932

Evergreen Health Care Management LLC
4115 Annandale Road, Suite 208
Annandale, VA 22003
Phone: (571) 505-1119
Fax: (888) 588-3957

## Fall Assessment

One point is assessed for each "Yes" selection

| | Yes | No |
|---|---|---|
| **Age 65+** | ✓ | ☐ |
| **Diagnosis (3 or more co-existing)** | ✓ | ☐ |
| Assess for hypotension. | | |
| **Prior history of falls within 3 months** | ☐ | ✓ |
| Fall definition: "An unintentional change in position resulting in coming to rest on the ground or at a lower level." | | |
| **Incontinence** | ✓ | ☐ |
| Inability to make it to the bathroom or commode in timely manner. Includes frequency, urgency, and/or nocturia. | | |
| **Visual Impairment** | ✓ | ☐ |
| Includes macular degeneration, diabetic retinopathies, visual field loss, age related changes, decline in visual acuity, accommodation, glare tolerance, depth perception, and night vision or not wearing prescribed glasses or having the correct prescription. | | |
| **Impaired functional mobility** | ✓ | ☐ |
| May include patients who need help with IADLs or ADLs or have gait or transfer problems, arthritis, pain, fear of falling, foot problems, impaired sensation, impaired coordination or improper use of assistive devices. | | |
| **Environmental hazards** | ✓ | ☐ |
| May include poor illumination, equipment tubing, inappropriate footwear, pets, hard to reach items, floor surfaces that are uneven or cluttered, or outdoor entry and exits. | | |
| **Poly Pharmacy (4 or more prescriptions)** | ✓ | ☐ |
| Drugs highly associated with fall risk include but are not limited to, sedatives, anti-depressants, tranquilizers, narcotics, antihypertensives, cardiac meds, corticosteroids, anti-anxiety drugs, anticholinergic drugs, and hypoglycemic drugs. | | |
| **Pain affecting level of function** | ✓ | ☐ |
| Pain often affects an individual's desire or ability to move or pain can be a factor in depression or compliance with safety recommendations. | | |
| **Cognitive Impairment** | ✓ | ☐ |
| Could include patients with dementia, Alzheimer's or stroke patients or patients who are confused, use poor judgment, have decreased comprehension, impulsivity, memory deficits. Consider patient's ability to adhere to the plan of care. | | |

**Total: 9**

A score of 4 or greater is considered at risk for falling

Additional Comments

**RN Initial Assessment : 09/19/2023**
Kim, Joongseok ( 37 )
Date of Birth: 12/04/1932

Evergreen Health Care Management LLC
4115 Annandale Road , Suite 208
Annandale , VA 22003
Phone: (571) 505-1119
Fax: (888) 588-3957

### Summary/Comments

90 y/o male lives with multiple medical problems including, cardiomyopathy,coronary artery disease, severely reduced LV function, hypokinetic inferior wall, thoracic aortic aneurysm,HTN,HLD, mitral valve prolapse, obstructive sleep apnea, left bundle branch block,history of rectal cancer, history of TB and more. He was admitted to the hospital on 08/18/2023 with COVID-19 pneumonia. The patient left hospital AMA and went back in 2 more times due to shortness of breath and AMA again both times. He has history of refused to have AICD implant. The patient with multiple chronic cardiac comorbidities but would not like to pursue any interventions due to his advanced age and would like to take the natural courses on his remaining life. He and his family has discussed with MD that would like to receive hospice care service and referral is received and admission is processed. He is alert and oriented and cooperative. He is having mild chest pain at all times and when this chest pain gets more severe, shortness of breath becoming issue per the patient. The family member said that the patient does not have much of lung reserve and he gets desaturates very easily when he is shortness of breath and requesting oxygen at home. Oxygen is ordered to deliver but denis hospital bed yet due to space availability. Will follow weekly and as needed.

**Signature/Discipline and Date**   Kimberly Kim , DON
**Digitally Signed by: Kimberly Kim , DON 09/19/2023**

# JAILTIME CONSULTING LLC

## THESE ARE THE INSTRUCTIONS FOR THE PRO SE MOTION TO THE COURT

October 25, 2023

Sophia Kim

Sophia,

      We are enclosing the completed Pro Se Motion for a Compassionate Release/ Reduction In Sentence for Judge Rudolph Contreras to rule on. Sign this on pages 5 and 6. Make one copy of the original motion after signing it to keep for yourself and then mail the original signed motion and Medical Exhibits to the Clerk of Court in Washington, DC:

> Clerk of Court
> US District Court
> 333 Constitution Ave. NW
> Washington, DC 20001

      Send this certified, return-receipt requested. In this way, you are following all the correct rules and procedures. Remember to enclose the Medical Exhibits with this motion.

      When you get back the return receipt in the mail, send it to us, keeping a copy for yourself. Email us when you get this packet and when the Motion goes out.

Sincerely,


Your Jail Time Consulting Team